# United States Court of Appeals
## For the First Circuit

No. 20-2193

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE SEPULVEDA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 13, 2022, is amended as follows:

On the cover page , replace "Rodney Santi" with "Richard B. Myrus"